RICHARD SHADWELL AND WILLIAM McDONALD v. LILLIE M. HAMILTON.

ACTION brought by *Hamilton*, in the district court of Anderson county, to set aside a certain deed of real estate made by *Shadwell* to *McDonald*, and to subject the property conveyed to the satisfaction of a judgment theretofore recovered by plaintiff against *Shadwell*. Trial by the court, at the September Term, 1879, and judgment for the plaintiff. New trial denied, and the defendants bring the case here.

*Lindsay & Kerr*, and *A. W. Benson*, for plaintiffs in error.
*Johnson & Poplin*, for defendant in error.

*Per Curiam:* This judgment is affirmed, on the authority of *J. C. & Ft. K. Rly. Co. v. Wingfield*, 16 Kas. 217; *Weeks v. Medler*, 18 Kas. 425; *Ferguson v. Graves*, 12 Kas. 39; *Typer v. Sooy*, 19 Kas. 593; *Gruble v. Ryus*, 23 Kas. 195.